

# NUMBER 13-18-00163-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**STEVEN DOUGHERTY,**                             **Appellant**

**v.**

**THE STATE OF TEXAS**                             **Appellee.**

---

### On appeal from the 156th Judicial District Court
### of Bee County, Texas.

---

## ORDER TO FILE APPELLEE'S BRIEF

### Before Chief Justice Contreras and Justices Benavides and Longoria
### Order Per Curiam

This cause is before the Court on the record and appellant's brief. Appellant's brief was filed on September 13, 2018. The State has filed and been granted two extensions to file its brief and its most recent extension allowed it to file its brief on or before February 8, 2019. Appellee has not filed a brief in the five months since its brief was due. The Court, having fully examined the record and appellant's brief, hereby

ORDERS appellee to file its brief with this Court within ten (10) days of this order. Otherwise, the Court will consider this cause based upon the record and appellant's brief.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
See TEX. R. APP. P. 47.2(b).

Delivered and filed the
5th day of August, 2019.